### JOHNSON *v.* MERCHANTS AND FARMERS BANK.

HILL, J. Except in cases specially provided for by statute, this court has no jurisdiction to consider a writ of error until after final judgment in the court below. Accordingly, where a plea of res adjudicata was filed to a suit brought to recover the amount alleged to be due on a promissory note, and the plea was stricken on demurrer, and direct exceptions were taken to this court from the judgment striking the plea, the writ of error will be dismissed. *Johnson* v. *Battle*, 120 *Ga.* 649 (48 S. E. 128); *McElroy* v. *State*, 123 *Ga.* 546 (51 S. E. 596).

       *Writ of error dismissed. All the Justices concur.*
APRIL 27, 1914. MOTION TO MODIFY JUDGMENT OVERRULED MAY 22, 1914.

Complaint; from Baldwin superior court. Motion to dismiss.

*Hines & Vinson,* for plaintiff in error.
*Allen & Pottle,* contra.